UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Case No. 24-cv-06792-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on January 7, 2025. Having considered the parties' proposal, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/Joinder | April 5, 2025 |
| Close of Fact Discovery | July 5, 2025 |
| Exchange of Opening Expert Reports | July 19, 2025 |
| Exchange of Rebuttal Expert Reports | August 3, 2025 |
| Close of Expert Discovery | August 18, 2025 |
| Dispositive Motion Hearing Deadline | October 2, 2025 at 2:00 p.m. |
| Pretrial Conference | January 6, 2026, at 3:00 p.m. |
| Jury Trial (5 days) | January 20, 2026 at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   1/8/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge