Jon Daryanani, Bar No. 205149
JDaryanani@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Everett Jazz McLean, Bar No. 335189
EMcLean@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorneys for Defendant T-Mobile USA, Inc.

Michael Freiman, Bar No. 280716
mike@employlegal.com
Law Office of Michael Freiman
100 Wilshire Blvd., Ste. 700
Santa Monica, California 90401
Telephone: +1.310.917.1022

Attorney for Plaintiff Joshua Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSHUA MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC.; and DOES 1 through 20, inclusive,<br><br>　　　　Defendant. | Case No. 4:24-cv-06792-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE** |

-1-

Pursuant to ADR L.R. 6-5(a), Plaintiff Joshua Miller ("Plaintiff") and Defendant T-Mobile USA, Inc. ("T-Mobile") (collectively, the "Parties"), by and through their counsel of record, jointly request to extend the April 14, 2025 mediation deadline to April 30, 2025. In support of this request, the Parties stipulate as follows:

WHEREAS, on January 14, 2025, the Court entered an Order directing the parties to complete mediation by April 14, 2025 (ECF No. 23);

WHEREAS, on January 15, 2025, the Court notified the Parties that Tyler Meade is the Mediator assigned to this case (ECF No. 24);

WHEREAS, on February 3, 2025, and February 21, 2025, the Parties held video conferences with Mr. Meade to discuss mediation protocols and schedule the mediation session. During the video conferences, the Parties determined that there is insufficient time to conduct necessary discovery prior to the mediation deadline due to conflicts before then, including trials in separate and unrelated matters in March and April 2025. The Parties then determined that April 29, 2025, would provide sufficient time to conduct necessary discovery prior to conducting mediation and would resolve any scheduling conflicts;

WHEREAS, on February 25, 2025, the Parties and Mr. Meader confirmed by mutual agreement to hold the mediation session on April 29, 2025, subject to Court approval;

WHEREAS, because April 29, 2025, is after the current April 14, 2025 mediation deadline, the Parties seek, subject to Court approval, to extend the mediation deadline to April 30, 2025, to allow the parties time to hold the mediation and update the Court accordingly;

WHEREAS, the Parties have not previously requested an extension of the mediation deadline, and the adoption of the stipulated mediation deadline will not have any effect on the current case schedule;

NOW, THEREFORE, AND SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED THAT:

1. The deadline for the Parties to conduct mediation by April 14, 2025, shall be extended such that the Parties must conduct mediation on or before April 30, 2025.

**IT IS SO STIPULATED.**

Dated: February 26, 2025                    **LAW OFFICE OF MICHAEL FREIMAN**


By: */s/ Michael Freiman*
    Michael Freiman, Bar No. 280716

Attorney for Plaintiff Joshua Miller


Dated: February 26, 2025                    **PERKINS COIE LLP**


By: */s/ Jon Daryanani*
    Jon Daryanani, Bar No. 205149
    Everett J. McLean, II, Bar No. 335189

Attorneys for Defendant T-Mobile USA, Inc.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Jon Daryanani, attest that concurrence in the signing and filing of this document has been obtained from the other signatories.

Dated: February 26, 2025                             **PERKINS COIE LLP**

By: */s/ Jon Daryanani*
Jon Daryanani, Bar No. 205149
Everett J. McLean, II, Bar No. 335189

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby GRANTS the Parties request to extend the deadline to conduct mediation as follows:

1. The deadline for the Parties to conduct mediation by April 14, 2025, shall be extended such that the Parties must conduct mediation on or before April 30, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/27/2025

_____
Hon. Haywood S. Gilliam, Jr.